THE PEOPLE OF THE STATE OF NEW YORK v. HARPER & BROTHERS, Impleaded, etc.— Motion denied. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

SPIRITUSFABRIEK ASTRA OF AMSTERDAM, HOLLAND, v. SUGAR PRODUCTS COMPANY.— Motion denied. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

LEON H. KRAMER v. MAX ROSENKRANZ and Others.— Motion for stay granted. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

FANET O. WALLACH v. MOSES U. WALLACH.— Motion denied. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD DOLMETSCH v. EGYPTIAN LACQUER MANUFACTURING COMPANY and Others.— Motion denied. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

In the Matter of MAX BROWN, an Attorney.— Motion for reinstatement and for reopening proceedings or for leave to go to the Court of Appeals denied. (See opinion on disbarment, 178 App. Div. 558.) Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELSO LENTINO v. CHARLES G. FESER and Others.— Motion for stay pending appeal granted. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

SAMUEL BLUMENFELD v. MAX ARONSON and Others.— Motion granted in so far as stay pending appeal is concerned; denied as to further security. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

THEODORE DURHAM v. THE STUYVESANT INSURANCE COMPANY.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

MAX SELINICK v. SALVATOR CICIO.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

MARIE M. COWAN v. FLORENCE S. HARKNESS, Individually, etc., and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK DOCK COMPANY v. JOHN H. DELANEY as Transit Construction Commissioner.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

ARCHIBALD WILLIAMSON and Others v. NEW YORK OVERSEAS COMPANY, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.